(COB #248 voMotRFSCoDb)(12/10)

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado,

Case No. **12−26437−HRT**

In re: Eric Adam Pettit and Nicole Desiree Pettit
    Debtor(s)

### ORDER GRANTING MOTION FOR RELIEF FROM CO−DEBTOR STAY

    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTI , (Movant) has filed herein a Motion for Relief from Co−Debtor Stay (Motion), at docket no. **112 .** The Respondent/Co−Debtor is Antonita Pettit . No objections to the Motion were filed, or any objections thereto were resolved, withdrawn, or overruled. It appears cause exists pursuant to 11 U.S.C. §1301(c) to grant the Motion.

Accordingly,

    The Court HEREBY ORDERS that the Motion is GRANTED.

    The Court FURTHER ORDERS that Movant:

**[ X ]** may seek to foreclose on and/or take possession and control of property described in the Motion as follows:

**865 Newark St., Aurora, CO 80010**

[ ] other:

    The Court FURTHER ORDERS that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated: 9/9/15                           BY THE COURT:

                                                    s/ Howard R Tallman
                                                    United States Bankruptcy Judge